IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MATTHEW JACKSON**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **07-450-MJR-CJP** |
| ) | |
| **UNITED PARCEL SERVICE, INC.**, ) | |
| ) | |
| Defendant. ) | |

# ORDER

**PROUD, Magistrate Judge:**

Before the Court is the defendant's uncontested motion for leave to subpoena medical records and deposition testimony of certain health care providers. **(Doc. 13).** The reason for filing a motion is not apparent from the motion. No objection or controversy is noted and the health care providers are not even identified.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 13)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: July 28, 2008**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**